IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Peoples of The Nu'Yudah Tribe (Choctaw Band) of Southern Illinois

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 20-1158-RJD
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

-against-

Bureau of Indian Affairs & Choctaw Nation of Oklahoma

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | The Nu'Yuhdah Tribe (Choctaw Band) |
| Street Address | 1724 12th St. |
| City and County | Madison, Madison County |
| State and Zip Code | Territory of Illinois |
| Telephone Number | 618-709-2134 |
| E-mail Address | ~~Breeze Chahta~~ Breeze618@gmail.com |

    B. **The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bureau of Indian Affairs |
| Job or Title (if known) | |
| Street Address | 1849 C. Street N.W. |
| City and County | Washington D.C. |
| State and Zip Code | 20240 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Choctaw Nation of Oklahoma |
| Job or Title (if known) | |
| Street Address | 1802 Chukka Hina |
| City and County | Durant, Bryan County |

2

State and Zip Code  Territory of Oklahoma 74701
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 3

Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 4

Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a ~~corporation~~ Tribe

   The plaintiff, *(name)* The Nu`Yudah Tribe, is incorporated under the laws of the ~~State~~ BAND of *(name)* Choctaw Descendants and has its principal place of business in the State of *(name)* Illinois.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) Bureau of Indian Aff is incorporated under the laws of the State of (name) Federal Government, and has its principal place of business in the State of (name) Washington D.C.. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

$100,000,000 - One Hundred Million Dollars in Damages to 66 people for Denial of inheritance, (120 yrs) And Expulsion which is a form of Genocide According to the U.N.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Nu'Yudah Tribe is a Band of 66 Choctaw by blood descendants Reclassified to Negros, and being denied a right to our heritage, denied the right to be a part of The Choctaw Nation of whom we descend, Expulsion which is a form of Genocide

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages for 120 years of ~~expulsion~~ expulsion from a Blood (family) Clan. While others with a lesser blood Quantum has recieved hundred of millions of dollars off of our family names and heritage - We can not even get CDIB cards, even with pure bloods.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 30, 2020

Signature of Plaintiff: Chief Breeze Chahta
Printed Name of Plaintiff: Chief Breeze Chahta

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
Telephone Number              _____
E-mail Address                _____